■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DUSHAM FOREST, Appellant. [721 NYS2d 549] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Rotker, J.), rendered November 16, 1999, convicting him of unauthorized use of a vehicle in the second degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contention is without merit. Santucci, J. P., Krausman, S. Miller and Smith, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM FRANCOIS, Appellant. [721 NYS2d 256] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Spires, J.), rendered December 22, 1998, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant contends that the prosecutor improperly vouched for the credibility of the People's witnesses and denigrated defense counsel during summation. We disagree. While some of the prosecutor's comments exceeded the bounds of proper advocacy, the summation, as a whole, was not so prejudicial as to warrant reversal, particularly since the court sustained defense counsel's objections and provided curative instructions (*see, People v Santiago,* 265 AD2d 351; *People v Rodriguez,* 174 AD2d 763). Friedmann, J. P., Florio, Luciano and Feuerstein, JJ., concur.